UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Wheeler,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>The Whiting-Turner Contracting Company, et al.,<br><br>　　　　　　Defendants. | 2:24-cv-00642-CDS-MDC<br><br>**ORDER STRIKING ROGUE FILINGS (ECF NOS. 9, 10, 11, 12, AND 13)** |

　　　This case is closed. The Court entered judgment and dismissed this case without prejudice. *ECF Nos. 7 and 8.* The plaintiff has since filed five new motions in this closed case. *ECF Nos. 9-13*. Because this case is closed, the Court cannot act on plaintiff's filings and thus, the Court strikes them from the record. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation").

**IT IS SO ORDERED THAT:**

1. Plaintiff's *Motion to Extend Time Frame* (*ECF No. 9*), a *Motion for Pro Se Litigant to File Electronically* (ECF No. 10), *Motion for Leave to Proceed In Forma Pauperis* (*ECF No. 11*), *Motion to Provide Fee Copies* (ECF No. 12), and *Motion for Leave to Proceed In Forma Pauperis* (ECF No. 13) are all STRICKEN.

2. Plaintiff is CAUTIONED that this matter is closed, and he may not file any documents in this case.

IT IS SO ORDERED.

DATED: March 19, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge